James D. BROWN, Appellant,

v.

Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, et al., Appellees.

No. 23158.

United States Court of Appeals
Fifth Circuit.

March 28, 1966.

James D. Brown, pro se.

Earl Faircloth, Atty. Gen., James G. Mahorner, Asst. Atty. Gen., Tallahassee, Fla., for appellees.

Before PHILLIPS, Senior Judge,* and JONES and BROWN, Circuit Judges.

PER CURIAM.

We find no merit in the appellant's contention that the judgment of the district court was erroneous. That judgment is Affirmed.

Leo C. BURKE, Petitioner, Appellant,

v.

UNITED STATES of America, Respondent, Appellee.

No. 6660.

United States Court of Appeals
First Circuit.

Submitted March 16, 1966.

Decided April 5, 1966.

Certiorari Denied June 6, 1966.

See 86 S.Ct. 1883.

Leo C. Burke, pro se.

W. Arthur Garrity, Jr., U. S. Atty., and Stanislaw R. J. Suchecki, Asst. U. S. Atty., on brief for appellee.

Before ALDRICH, Chief Judge, and McENTEE and COFFIN, Circuit Judges.

PER CURIAM.

The judgment is affirmed, on the opinion of the District Court, 1965, D.Mass., 247 F.Supp. 418.

In re Peggie S. GRIFFIN, Debtor.

In re Eugene HUBBARD, Debtor.

In re James Edward ATWOOD, Debtor.

In re Helen Lambert HADAWAY, Debtor.

Nos. 22016, 22058, 22214, 22215.

United States Court of Appeals
Fifth Circuit.

April 1, 1966.

Rudolph N. Patterson, Walter Smith, Macon, Ga., for P. S. Griffin and E. Hubbard.

Louis H. Mitchell, Columbus, Ga., for J. E. Atwood and H. L. Hadaway.

Before TUTTLE, Chief Judge, and BELL and COLEMAN, Circuit Judges.

PER CURIAM.

The judgments in these cases are reversed and the proceedings are remanded to the District Court for reconsideration in light of the recent decision of the United States Supreme Court in Perry v. Commerce Loan Co., No. 694, 86 S.Ct. 852.

* Of the Tenth Circuit, sitting by designation.